# EXHIBIT A

UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
SAN ROCCO THERAPEUTICS, LLC,  :
 :  CASE NO. 1:21-cv-08206 (VSB)
        Plaintiff,  :
 :
  -against-  :
 :
MEMORIAL SLOAN-KETTERING  :
CANCER CENTER and SLOAN-  :
KETTERING INSTITUTE OF CANCER  :
RESEARCH,  :
 :
       Defendants.  :
------------------------------------------------------- X

### PLAINTIFF'S UNOPPOSED MOTION TO WITHDRAW ITS MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO DISMISS THE CLAIM FOR FRAUDULENT INDUCEMENT CONTAINED THEREIN WITH PREJUDICE

    Currently pending before the Court is Plaintiff's motion filed June 23, 2022 (Dkt. 67) for leave to file a second amended complaint to add a claim of fraudulent inducement. In light of recent developments and negotiations between the parties, Plaintiff respectfully moves the Court to permit withdrawal of that motion, and to dismiss Plaintiff's claim for fraudulent inducement contained therein with prejudice. Plaintiff has met and conferred with Defendants and Defendants consent to this motion and the withdrawal and dismissal with prejudice that it proposes.

    Filed herewith is a Proposed Order permitting withdrawal of Plaintiff's motion and dismissal of Plaintiff's claim for fraudulent inducement contained therein with prejudice.

140357718.3

|  |  |
|---|---|
| Dated: December 2, 2022 | Respectfully Submitted, |

**FOX ROTHSCHILD LLP**

*/s/ Wanda French-Brown*
Wanda D. French-Brown
Erika Levin
Natalie I. Uhlemann
FOX ROTHSCHILD, LLP
101 Park Ave, 17th Floor
New York, NY 19178
(212) 878-7900
wfrench-brown@foxrothschild.com
elevin@foxrothschild.com
nuhlemann@foxrothschild.com

HORTON LEGAL STRATEGIES PLLC
Lenore Horton
11 Broadway, Suite 615
New York, NY 10004
(212) 888-9140
lenore@hortonlegalstrategies.com

*Attorneys for Plaintiff San Rocco Therapeutics, LLC*