IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAN ROCCO THERAPEUTICS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1478 (RGA) |
| | ) |
| BLUEBIRD BIO, INC. and | ) |
| THIRD ROCK VENTURES, LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER
TO AMEND SCHEDULING ORDER DEADLINES**

WHEREAS, fact discovery is currently set to close on May 30, 2024 (D.I. 101);

WHEREAS, the parties have conferred and believe that additional time is needed to complete fact discovery, including to address potential discovery disputes; and

WHEREAS, the parties agree, subject to the approval of the Court, that certain amendments to the existing case schedule are warranted in order to allow for an extension of the deadline for completion of fact discovery, including a corresponding extension of the dates for the pretrial conference and trial.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the following deadlines in the Scheduling Order (D.I. 101) shall be amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of fact discovery | May 30, 2024 | July 25, 2024 |
| Opening expert reports | July 2, 2024 | September 6, 2024 |
| Responsive expert reports | August 20, 2024 | October 25, 2024 |
| Reply expert reports | September 20, 2024 | November 22, 2024 |

| | | |
|---|---|---|
| Deadline to raise timeliness of notice or scope issues with reply expert reports | September 27, 2024 | December 2, 2024 |
| Close of expert discovery | October 30, 2024 | January 6, 2025 |
| Case dispositive and Daubert motions | December 6, 2024 | February 7, 2025 |
| Pretrial conference | April 11, 2025 | June, July, or August __, 2025 (or otherwise at the convenience of the Court) |
| Trial | April 21, 2025 | June, July, or August __, 2025 (or otherwise at the convenience of the Court) |

Pursuant to D. Del. LR 16.4, counsel for the parties certify that they have sent a copy of the foregoing request to their respective clients.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Daniel G. Mackrides
Anne Shea Gaza (#4093)
Samantha G. Wilson (#5816)
Daniel G. Mackrides (#7230)
Rodney Square
1000 North King Street
Wilmington, DE  19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com
dmackrides@ycst.com
   *Attorneys for Plaintiff*
   *San Rocco Therapeutics, LLC*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
   *Attorneys for Defendants bluebird bio,*
   *Inc. and Third Rock Ventures, LLC*

April 15, 2024

    SO ORDERED this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE