IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAN ROCCO THERAPEUTICS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 21-1478-RGA |
| | ) |
| BLUEBIRD BIO, INC. and THIRD ROCK VENTURES, LLC, | ) |
| | ) |
| Defendants. | ) |

**CLAIM CONSTRUCTION ORDER**

Consistent with the Court's rulings during the March 20, 2024 *Markman* hearing and the Court's May 29, 2024 Memorandum Opinion (D.I. 168), the Court construes the terms, as used in the asserted claims of U.S. Patent Nos. 7,541,179 ("the '179 patent") and 8,058,061 ("the '061 patent"), as follows:

| Claim Term | Construction |
|---|---|
| "consists essentially of"<br><br>('179 Patent: claims 1, 10, 19, 22–24; '061 Patent: 1–3, 5–8, 11–12, 15) | "necessarily includes the specific assembly of three recited LCR fragments, which is specifically defined by (1) the HS spanned by each fragment, (2) the restriction sites defining the ends of each fragment, (3) the size of each fragment, and (4) the overall combined size of the three fragments to provide a single nucleotide fragment of 3.2 kb, and is open to unlisted ingredients that do not materially affect the basic and novel properties of the invention, but the combined size of the three HS-spanning fragments so closely approximates 3.2 kb that the number of additional nucleotides that could be added to (or removed from) this fragment is relatively few and nonmaterial" |

| | |
|---|---|
| "a BstXI and SnaBI HS2-spanning nucleotide fragment" / "a BstXI and SnaBI, HS2-spanning nucleotide fragment"<br><br>('179 Patent: claims 1, 10, 19, 22–24; '061 Patent: 1–3, 5–8, 11–12, 15) | "a fragment that is located at nucleotides 8055-8911 and has a size of 857 bp" |
| "a BamHI and HindIII HS3-spanning nucleotide fragment" / "a BamHI and HindIII, HS3-spanning nucleotide fragment"<br><br>('179 Patent: claims 1, 10, 19, 22–24; '061 Patent: claims 1–3, 5–8, 11–12, 15) | "a fragment that is located at nucleotides 3878-5172 and has a size of 1295 bp" |
| "a BamHI and BanII HS4-spanning nucleotide fragment" / "a BamHI and BanII, HS4-spanning nucleotide fragment"<br><br>('179 Patent: claims 1, 10, 19, 22–24; '061 Patent: claims 1–3, 5–8, 11–12, 15) | "a fragment that is located at nucleotides 308-1388 and has a size of 1081 bp" |
| "functional globin"<br><br>('179 Patent: claims 1, 10, 19, 22–24; '061 Patent: claims 1–3, 5–8, 11–12, 15) | "a globin that does not produce a hemoglobinopathy phenotype, and which is effective to provide therapeutic benefits to an individual with a defective globin gene" |

Further, the parties previously agreed that, as used in the asserted claims of the '179 patent and the '061 patent the following terms have the following meanings, which are hereby adopted by the Court:

| Claim Term | Construction |
|---|---|
| "LCR"<br><br>('179 Patent: claims 1, 10, 19, 22–24; '061 Patent: claims 1–3, 5–8, 11–12, 15) | "locus control region" |
| "HS"<br><br>('179 Patent: claims 1, 10, 19, 22–24; '061 Patent: claims 1–3, 5–8, 11–12, 15) | "hypersensitive site" |
| "contiguous"<br><br>('179 Patent: claims 1, 10, 19, 22; '061 Patent: claims 1–3, 5–8, 11–12, 15) | "1. touching; in contact, or 2. In close proximity without actually touching; near." |

Dated:  Monday, June 3, 2024

| | |
|---|---|
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Anne Shea Gaza<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Daniel G. Mackrides (No. 7230)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br>dmackrides@ycst.com | /s/ Jeremy A. Tigan<br>Jack B. Blumenfeld (No. 1014)<br>Jeremy A. Tigan (No. 5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com |
| *Of Counsel:*<br><br>Wanda D. French-Brown<br>Howard S. Suh<br>James H. McConnell<br>Mary Jean Kim<br>FOX ROTHSCHILD LLP<br>101 Park Avenue, 17th Floor<br>New York, NY 10178 | *Of Counsel:*<br><br>Eric W. Dittmann<br>Joshua M. Bennett<br>Max H. Yusem<br>Krystina L. Ho<br>PAUL HASTINGS LLP<br>200 Park Avenue<br>New York, NY 10166<br>(212) 318-6000<br>ericdittmann@paulhastings.com |

(212) 878-7900
wfrench-brown@foxrothschild.com
hsuh@foxrothschild.com
jmcconnell@foxrothschild.com
mkim@foxrothschild.com

Joe G. Chen, Ph.D.
FOX ROTHSCHILD LLP
997 Lenox Drive
Lawrenceville, NJ 08648
(609) 844-3024
joechen@foxrothschild.com

Lauren B. Sabol
FOX ROTHSCHILD LLP
BNY Mellon Center
500 Grant Street, Suite 2500
Pittsburgh, PA 15219
(412) 394-5568
lsabol@foxrothschild.com

*Attorneys for Plaintiff
San Rocco Therapeutics, LLC*

joshuabennett@paulhastings.com
maxyusem@paulhastings.com
krystinaho@paulhastings.com

Naveen Modi
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
(202) 551-1700
naveenmodi@paulhastings.com

*Attorneys for Defendants bluebird bio, Inc.
and Third Rock Ventures, LLC*

SO ORDERED this   17   day of ___June___, 2024.

                                /s/ Richard G. Andrews
                                The Honorable Richard G. Andrews
                                United States District Judge